# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

153522

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* SCHWEIN Estate

_____

SANDY MEAD, Personal Representative for the
Estate of DAVID SCHWEIN,
      Petitioner-Appellant,

v

KEVIN BARTON, TERRI ANDERSON and
MEREDITH BARTON,
      Respondents-Appellees.

SC: 153522
COA: 324305
Ingham Probate Ct: 13-002609-DE

_____/

      On order of the Court, the application for leave to appeal the January 12, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The stay of proceedings ordered on July 29, 2016 is DISSOLVED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016



Clerk

t1026